AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**JAMES TAYLOR, JR.**<br>*Defendant* | )<br>)<br>)  Case No.   SA: 16-MJ-0081-HJB (01)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      JAMES TAYLOR, JR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☑ Order of the Court

This offense is briefly described as follows:

PS-8   VIOLATIONS OF CONDITIONS OF PRETRIAL RELEASE   (SEE ATTACHED PETITION)

Date: 02/29/2016

*Issuing officer's signature*

City and state:   San Antonio, Texas

Kathy L. Hicks, U.S. Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  02/29/2016, and the person was arrested on *(date)*  02/29/2016
at *(city and state)*   San Antonio, TX.

Date:  01/28/2019

USMS W-TX SA
*Arresting officer's signature*

J. Johnston, USMS IRS
*Printed name and title*